# IN THE SUPREME COURT OF THE STATE OF NEVADA

UNITED ROAD TOWING, INC., D/B/A
QUALITY TOWING; AND CITY
TOWING, INC., D/B/A QUALITY
TOWING,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE RONALD J.
ISRAEL, DISTRICT JUDGE,
Respondents,
and
FIRST SERVICE CREDIT UNION,
Real Party in Interest.

No. 69538

FILED

FEB 12 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRITS OF MANDAMUS AND PROHIBITION*

This original petition for writs of mandamus and prohibition challenges the district court's jurisdiction to consider an action alleging violations of NRS Chapter 706's tow car provisions.

Having considered the petition and supporting documents, we conclude that our extraordinary intervention is not warranted. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (stating that an appeal is generally an adequate legal remedy precluding writ relief and recognizing that petitioner bears the burden to demonstrate that writ relief is

16-04673

warranted); *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Ronald J. Israel, District Judge
       Arias Sanguinetti Stahle Torrijos
       Toschi, Sidran, Collins, and Doyle
       Brooks Hubley LLP
       Winston & Strawn LLP/Chicago
       Attorney General/Las Vegas
       Eighth District Court Clerk

_____

[1]Writs of mandamus and prohibition will issue only upon application of the party beneficially interested, based on affidavit. *See* NRS 34.170; NRS 34.330. Petitioners' failure to provide such an affidavit is an alternative basis on which to deny this writ petition. NRAP 21(a)(5).